Susan Berg
Name
401 7th Ave., Apt. #201

Fairbanks, AK  99701
Mailing address

(907)457-0217 or 699-4614 (cell line)
Telephone

RECEIVED
SEP 08 2015
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Susan Berg (Susan Berg, M.D.)
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

Tanana Valley Clinic,

Alaska Neurology Center,

Department of Commerce,
Community and Economic Development
Division of Corporation, Business and
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)   continued

**Defendant(s).**

Case No. _____
(To be supplied by the Court)

**PRO SE COMPLAINT**

for/under

Sexual Harassment
(Type of complaint)
Forgery 18 USCS § 499
Civil Rights Act of 1964
42 U.S.C. § 1983
42 U.S.C. § 2000 (e)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Questions involve the U.S. Constitution, Question of Federal Law,
Federal Police, Social Security (are parties (defendant), (require below
residence of state of Florida, Washington, New York State, Alaska, Hawaii.

F:\NEWFORMS\Pro_Se\PS22 Pro Se (General) Complaint.wpd

vs. cont.

Professional Licensing

First Care Building (TVC)

Providence Hospital

Anchorage City Police

Charter North Star Behavioral

Federal Police / Police Protective Services / Jerry Cope

Spokane Mental Health / Crisis

Spokane, WA Sheriff, City Police (Sherman)

Sacred Heart Hospital

Office of Professional Medical Conduct (NY State)

State Attorney General of New York State

Department of Health of New York State

Impaired Physician of New York State

State Attorney General of Washington

District Attorney of Spokane, Washington (Catt, Tucker)

Public Defender's Office of Washington (Gardner)

Niagara Falls, NY City Police

Ft. Lauderdale, FL City Police

Miami - Dade, FL City Police

Seattle Washington City Police

Seattle Washington FBI

US Attorney Spokane Washington

Poughkeepsie, NY City Police

Poughkeepsie NY Mental Health Clinic

Medicaid, Poughkeepsie, NY, Alan Kraus, Dr. Blatt (MD)

Kings County Hospital, Department of Pathology

Long Island Jewish Hospital / Hillside Hospital, Ft.

Psychiatric Residency, Bernard Levy, Alan Saltzman

Social Security (one daughter (Hanomi, Hilo) and Amharas, HI (assault 1996 w/ Guy Cope

## B. Parties

1. The Plaintiff is Susan Berg (Susan Berg, M. D.) , who presently
_(Print Name)_

resides at 401 7th Ave., Apt. # 201, Fairbanks, AK 99201 .
_(Address)_

2. Defendants:

Defendant No. 1, TVC, Tanana Valley Clinic, First Care (includes Dr. Queller, Muda, Soto, Pentu, 2 LPN's) , is a
_(Name)_

citizen of Fairbanks, AK (Business) , who works as a

_____ for _____.
_(Job Title, if applicable)_                    _(Employer/agency, if applicable)_

Defendant No. 2, Alaska Neurology Center (includes Dr. Ellenson (D.O.)) , is a
_(Name)_

citizen of Fairbanks, AK (Business) , who works as a

_____ for _____.
_(Job Title, if applicable)_                    _(Employer/agency, if applicable)_

Defendant No. 3, Professional Licensing State Agency (all physic state of AK, Smith, M MA) is a
_(Name)_

citizen of Anchorage, AK , who works as a

_____ for _____.
_(Job Title, if applicable)_                    _(Employer/agency, if applicable)_

Defendant No. 4, Providence Hospital (business) (includes second person, nurse P. Braden) , is a
            _(City and State)_              _(Name)_

citizen of Anchorage, AK , who works as a

_____ for _____.
_(Job Title, if applicable)_                    _(Employer/agency, if applicable)_

Defendant No. 5, Charter North Star Behavioral (nurses David J. Fordrud Phd, Dr. Rapoport, M.D. is a
_(Name)_

citizen of (business) Anchorage, AK , who works as a

_____ for _____.
_(Job Title, if applicable)_                    _(Employer/agency, if applicable)_

Defendant No. 6. Terry Cape and his Supervisor, Federal Police / Police Probate, nurses Anch, AK Court House / Fed Build. 222 4r Ave, Anch, AK

## C. Causes of Action (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

Case 4:15-cv-00021-RRB   Document 1   Filed 09/08/15   Page 3 of 24

1. letter
2. medical record
3. call after refusal for Dermatology

**Claim 1:** On or about ___July 26, 2012___,
(Date or Period of Time)       (Supporting facts)

I had an appointment with TVC, Dr. Nuder, OB/GYN,
• I had a very serious MRSA infection (methicillin
resistant staphlococcus aureaus). I was sexually harrassed and
I was refused treatment.

I was treated rudely, told I needed an endometrial biopsey,
but that the physician (Doctor of Osteopathy) would not do or
schedual the procedure, I was treated like I was not a
medical patient with a high blood pressure, or two brain
tumors, or hyperparathyroidism, and with multiple
sclerosis and that I didn't disserve medical treatment
for MRSA, from a tampon, from 2003-4, while I was
held by Spokane WA Corrections, and even then refused a
visit to an Emergency Room for a competent physician
to examine and treat me immediately for sepsis,
infection and possible meningitis.

The physician did not also do/complete a Hemotoxalin
and Eosin stain, or culture any discharge and I was
there for a yellow, green, white discharge (tampon,
napkin) again which is consistent with MRSA.

MRSA is also a public health problem. I was treated
for MRSA, sinus infection too. Surgery of both feet
also, from the original infection in 2008, = Dallas, TX.
I was then sent a letter which stated that

3                                    COMPLAINT

I had a problem with the patient / doctor relationship ( as I was from Alaska Neurology Center, and called mentally ill instead of a competent exam (neurological) with a discussion about midbrain brain tumors and multiple sclerosis) and that they felt that the relationship had "deteriorated" so much that "they could no longer be effective" as medical care providers. They claimed that I was "verbally abusive to them and harrassed them."

I called Risk Management, TVC and they took my statement, refused to call back or did it, and read a statement from Dr. Mudge and Keita (her LPN) which was slanderous and didn't apply to me as a person (identity theft, medical identity theft).

I also sent a copy of her letter to the FBI, Federal Bureau of Investigation for them to read (sexual harrassment, fraud, mail fraud, possibly a forgery (content of or associated to low intelligence person, people) much even these letters I was given by two LPN's in Spokane, WA and ~~withheld~~ with a typed name of Sheriff's ~~Sheriff's~~ with a

extremely similar to a medical purposes, psychiatrist who works at Sacred Heart Hospital (illiterate for medical terminology, foreigner, illiterate for legal terminology).

The letter/s also are similar to the Public Defender's Office in terms of ability and ability to understand medical terminology, and assaultiveness of their own clients. This includes drug abuse, alcoholism and domestic violence being diagnosed as schizophrenia, lesbianism, bipolar disorder, psychotic disorder(s) (NOS) otherwise un-specified, and other actual medical disorders not being within the comprehension of people below medical degrees although in my experience it can include medical doctors.

The Federal Police arrested me in 1996, while in Social Security when I lost the ability to write and speak. This is what happens to people like myself with brain tumors. There has been a problem with City Police, State Police and others with duress originally from the Oklahoma City Bombing.

(4)

I also thought that the State of New York
would meet with me and discuss
their letter, that they wrote under
duress and had me sign without an
attorney (asked for) and then refused
to send me a letter and a date, time,
and place to discuss my medical
license.

I wrote a civil court in the State of New York,
(Albany, NY) for a law suit, meeting, And
they sent me back a letter that I
lacked evidence. I didn't send any
because to me the case had to be
opened, docketed and then I could
present evidence. (1995)

I also wrote the ACLU - American with
Civil Liberties Union, and they refused
my case as a Civil Right Case. (1995)

And I spoke to U.S. Bankruptcy Court
about being refused adequate medical
treatment in the State from 1996 -
2002 by several people.

1. letter
2. medical record
3. hung up or after calls to
clause 4. letter sent to DOT
medical

Claim 2: On or about _Mauch or April 2012_ , _____

(Date or Period of Time)            (Supporting facts)

Dr. Ellenson and his nurse refused to see me again
and sent a similar letter as from TVC.
There are not many neurologists in this state.
I was referred to Dr. Onurato. Dr. Ellenson was
asked by me to send/call/fax a referral to
Neurology at UCLA - University of California
at Los Angeles and he did not. I was referred to
Neuro-Surgery and Endocrinology a the
Pituitary Clinic and I have seen them this year.
I also could have been referred to UW Medicine,
in Seattle WA or back to Georgetown University
Medical Center.

Case 4:15-cv-00021-RRB   Document 1   Filed 09/08/15   Page 8 of 24

Claim 3: On or about ____1996____, _____

(Date or Period of Time)                    (Supporting facts)

I have not been sent a little & /for a meeting with the Department of Commerce, Community and Economic Development, Professional Licensing and the State of Alaska's Medical board or with New York State.

I was sent a letter from one person which stated he/she could not "read" my complaint. I e-mailed them.

One of the physicia (same first and last name) printed in the Anchorage Newspaper that she wanted to be separated from me and that I wasn't working due to disability. I was not asked to appear at that meeting and the Medical Board, I know that nui could/may not legally decide or speak about me unless I was present or had my permission & tell and never more me or and that the letter given to me on April 19, 1994 was legal even, or legal and the State of New York didnt have to so legally meet with me in person.

Case 4:15-cv-00021-RRB   Document 1   Filed 09/08/15   Page 9 of 24

added pg. 5, cont.

I would also like the FBI, anyone else involved to require that my family, Byron A. Berg, Kit Berg, Wesley Berg, Nick H. Berg only, talk to me by direct use of the U.S. Mail, or telephone.

They can use the following e-mail addresses too:

    sberg5@yahoo.com
    sberg098@gmail.com

but can <u>only</u> use their own first and last names and

That City, County, State Police / Correction and FBI Agent Officers may <u>NOT</u> ever use my family's or my name, social security number, photos or use a fiber or gps-dash.

(with wire tap microusage / (connect) and PAN/T patted act wire fiber or other device via security).

                  Rand解per,

Plead, for Bills + Him Case, Solving

$ 735,734 — { min taxes }   part. to at 70.00/hr.
            { min loan }

$9\frac{c}{o}$    10,000
                × .09
             90090
            0 0 0 0 9 0

(( $735,734 ))
- 162,500
$ 573,234 —            900.0⁰

                            10,000
250,000          900 × X = 100,000
- 50,000           ×
$200,000⁰ —        900 x = 100,000
                    x = 100,000
                         900
                        111
                    9/1000

    500              ¼ ( 100 years
   × 25
   45 9⁰              4/100
  18⁶ 7⁰
  2²⁵⁰⁰               25 years

      22,500          1  2
      10,000          32,500
      32,500          ×   5
                     162,500

```
                          1
                        1400
        70      × 4          1
       ×20     5600       5600
        00                × 12
       140               11200
      14 8 0              5600
                         67200
```

```
                         1
                      67,200
985,734         ×       22
-250,000             134400
735,734             134400
                   1,478,400
```

```
                       9999
                     192015
                      199.3
                       2.2
```

```
             22600              1,478,000
          3│67,200             -250,000
            6                 1,228,000
            67,200
            22,600                 1
            44,600              22600
                                 22
   3 7.3                       52200
1,478,400                       10 5 200
- 492,666              10 5 200
985,734    492666              11 57 200
        3│1,478,000
          12                   492,666.00
          27
          278
           8
```

I would like $10,000.00 to go *in damages both punitive and other* to each member of my family. $70,000.00 to my father. This is in addition to $10,000 life insurance that goes to them all plus their children when I die ( my replacion ).

$ 735,734

Thus I would like ~~$700,000~~ in damages to myself. This is or would be my income as a physician, working part time, at $70.00/hr. for twenty-two years, minus taxes to the IRS, and minus $250,000.00 in loans. I can not give any money back to either.

→ And $10,000 of my settlement goes to U.S. Bankruptcy Court for my 2002 bankruptcy.

And then for future incidence of slander etc. or any, I would like to be able to return to US Dist Court, and I would like them being sued for restrain order / and injunction from further incidence of tort law and misuse of a patriot act wire/fiber, wire tap and phishing and from entry on my medical records, from violal of VAWA, Stat. cyberciminal activity, assault and harrassment ( ie Sexual Harrassment Civil righ Act 1964 violatn, assault battery ) ~~XXXXX~~ .

**Pleading:**

Please hear my case ~~that I have and that they~~ ~~they that~~ eventhough I am not considered solvent. I owe U.S. bankruptcy Court order $10,000.00 and my father $10,000.00 for money he sent me every month ($200.00/mo) while I was in medical school.

I have a $10,000.00 left insurance policy and start paying my father back. My life insurance policy goes towards my burial and all final expenses and then to my family.

I think that my father, family, feel humiliated by me not working as a licensed physician and having been able to have sent them money, after paying off all of my student loans. I also think they are victims from whomever who was inappropriate to me and misused a PRO SE/ wiretap to hurt my nephew and abuse both my father and nephew. My little sister ~~also who is a pretty nice and was mislead~~ ~~by somebody? Probably hurt/raped my~~ ~~brother and probably they also....~~

must feel awful about my being slandered.

In song I couldn't give her money and help her with her two sons. This goes for my older sister, too. And her two son.

~~xxxxxxxxxxx~~

My father came from a poor family who moved here and he took care of his father when he was ill. He was a live veteran (Navy) and served this country. He is a good American.

He should have taken advantage of Veteran's benefits & ~~xxxxxxxxxxxxx~~ health insurance and to taken care of my mother and the entire family. I don't know when health insurance from Veterans benefits became available to return family from WW II.

I also think that New York State has suffered unusually from ~~xxxx~~ terrorism. ~~xxxxxxxxxx~~ I am glad they have OSHA, and ~~probably need money to set the~~ ~~x other~~ EPA standards + help them.

I am very sorry they didn't understand what I was trying to talk to them about and that they thought I was a drug abuser. I guess major advances in diabetes, atherosclerosis, stroke and cardiac disease have helped them and infectious disease. They helped me! ~~and~~ and my whole family! That would include advances in neurology, ~~the~~ and immunology, too.

I have three immune disease (paraplegia, multiple sclerosis and probably SLE). I was supposed to be a twin hence the pituitary tumor and the craniopharyngioma ~~tumor~~ and I'm not sure about renal tumor or the pancrease but I have at least one Meckel's Diverticula!

I think I should still be receiving and I was enrolled to get an extra degree in Public Health. ~~████████████████~~
~~███~~

I think someone hearing and then deciding on a settlement would be helpful to ~~the~~ everything, Housing, work, medical, ~~family~~

I paid off the ~~two~~ found student
loan in /from 2007 (found) gron
in 1982 or 1980. And I will send or
gron my PFD's (Permanent Fund Dividend's)
~~all~~ to the U.S. Bankruptcy Court or my
father and save and give to the other.
My father is in his 90's. ~~...~~
~~...~~

I am very thankful also for my
Social Security Disability for U.S. I was human
and a cardiac another, pemphigus, psorasis,
SLE.

I want to add the many for Hel, HR
unted with 2 other women; 3rd apartment,
and the same for violent behavior toward me.
And Her Sister for the same. Other Friends
and the Hel Ct Pal are not buy sued and they
nares for her & that they have a Community
Police Complaint area ~~...~~ who appealed
took my complaint. Then were for adult at
the must entral of the confidided, private area
who should be used for the connects ~~and~~ outrad
of the meals and ~~...~~
(Hilo, HE, Soc Secut motto, near father.)

1995 - 18,000 - 18,000

12,000          1995 ⟷ 2015
×  10           5 ⟷ 15
120,000         10 ⟷ 10

120,000
180,000                    $250,000.00 / 20 years
300,000                          + Medicare,
                                 SSDI

I'm not sure if there would have to be
deduction. I think I could have still
I would not have gotten Social Security
Disability until I couldn't work at all.

I'm not sure. The State of New York and
Alaska wouldn't meet with me personally in
1996. I wanted them to discuss why if
I could work part time with two basal
ganglial plaques consistent with multiple
sclerosis and two brain tumors. They told the
They No one would meet with me. New York
State wanted me to have an attorney. They
cost $20,000 when from New York. I wanted
them to meet with me without

couldn't afford one and couldn't get an attorney I could afford which would have to be furnished (ie Due Process).

Actually, I was refused an attorney when I was asked to sign her court paper and that can't/can be legal. There are several things that are not legal within = the document and there had to be a communication problem.

I think that Chris North Star, Behavioral Health, And, All was (was with David T. Sperbeck, PhD, Dov Rappaport M.D. committed medical malpractice with Patrick Brady, M.D. and Marjorie Smith, M.D.

Mr./Dr. Sperbeck furthered that by his telephone call to an internist in Hawaii (Hilo) who I saw and had a good chance of finding and treat all of the above. I tried calling Mr./Dr. Sperbeck twice and he wouldn't meet with me. I think he did not necessarily have intent to do me harm as nor did Dr.

They all ignored my MRI results and should have immediately referred me to a University.

I did get + one but not until 2006 and this was after my car accident in 2005. University of Seattle Washington saw me but after the car accident and saved my life.

I don't know what Mr./Dr. Sprakes wrote and sent to Motor Vehicles in 1996 but I sent them that I had a seizure disorder (from birth — that what brain tumors give people, and Migraine Headaches (diagnosed ~1987 — by Cornell University Hospital Center, Department of Neurology + when everyone should have sent me back to a Poughkeepsie, NY and Hyde Park, NY and even from Anchorage, AK although UCLA was closer.

I know why I have minimal cognitive impairment, at times ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

My other concern was someone ~~telling~~ talking to me about how to ~~pay back student loans~~ pay back student loans with a disability like a brain tumor (x2) or and Migraine Headaches and multiple sclerosis and my cardiac arrythmia since 1982.

~~My other~~ I did try to join the Army, Air Force and Navy for a scholarship in 1982 and again in 2002. They couldn't take me in 2002 with a cardiac arrythmia because of blood pressure problems that can result from the arrythmia.

I was disappointed in all of the above rejections but I got to work as a medical student in Walter Reed Army + Navy Hospital. ~~the ships~~ (1984 - Cardiothoracic Surg, Hand Surg, Plastic Surg, Gynecological Surg and I'm not sure about Rheumatology) I would have liked to have served the country, too!

I am extremely grateful for all the Judges who spoke to me in Spokane, WA (except the two mental health Judges so) and the two Judges from Florida (Ft Lauderdale) and the one Judge from New York State.

I am sorry that Police, Sheriff, Mental Health, and other people experience such problems with anger and how that they are domestically violent and suffer from Post Traumatic Stress Disorder and depression and other problems.

I became more aware of Alzheimer's Disease and dementia in older people and of mental retardation and other development disabilities from living up here in Fairbanks, AK.

I think the State of Alaska is very kind to the above population, and they are very generous to all of them and their families.

I am very grateful for my having
graduated and having the opportunity to
go to college and medical school and
residency. ~~scratched out~~
~~scratched out~~ I thought I was
a good physician. ~~scratched out~~
~~scratched out~~

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _735,734.00_

2. Punitive damages in the amount of $ _some (undub1)._

3. An order requiring defendant(s) to _no longer commit mulpractice (medical and_ _legal) for tort, or sexually harass or assault and batter. And pay_ _settlement in full + me._

4. A declaration that _they will seek help from Emergency Loan staff_ _if/when they become domestically violent or want to assault_ _or are under distress._

5. Other: _Explanation, and court order to ACP, and Federal Police /_ _Police Protection and FBI for more competent explanation for_ _sexual harassment, assault and battery, Civil Right vide CR act 1964._ _court order to remove all Police reports, and not associal criminals / felons + me._

Plaintiff demands a trial by _____ Jury __✓__ Court. (Choose one) _(proactive / fine / who_ _top)._

_see added pg._

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_Susan Berg (Susan Berg, M.D.) 09/08/2015_
**Plaintiff's Original Signature**

_Susan Berg_ _(Susan Berg, M.D.)_
(Plaintiff's Full Name)

_Clerk's Office US District Court_
Executed at _Fairbanks, AK_ on _09/08/2015_
(Location) (Date)

6                                                    COMPLAINT